UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MR. A., <br><br> Plaintiff, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 19-0015 (PLF) |

MEMORANDUM OPINION AND ORDER

The matter is before the Court on plaintiff's emergency motion [Dkt. No. 4] for a temporary restraining order filed earlier today.  Plaintiff, Mr. A., was forcibly separated from his children after he and his children crossed the border together in November 2018 to pursue asylum in the United States.  Plaintiff brings this action to end his separation from his children and to seek an opportunity to participate meaningfully in the asylum process.  The Court has been advised that plaintiff received a final order of removal, although no removal date has been set at this time.  Pursuant to Local Civil Rule 65.1(a), counsel for plaintiff advises that he served the government with copies of the complaint, the motion, and all other papers filed with the Court today, January 3, 2019.  Counsel for plaintiff further represents that he was able to communicate with the Chief of the Civil Division of the United States Attorney's Office earlier today despite the government shutdown.

Upon careful consideration of plaintiff's emergency motion, and in view of the imminent harm likely to befall plaintiff if he is removed from the country before full briefing,

argument, and decision on his motion for a temporary restraining order, as well as the factors set forth in Winter v. NRDC, 555 U.S. 7, 24 (2008), the Court will hold plaintiff's motion in abeyance in order to preserve the status quo pending the government shutdown and further review of the merits of this case.  See Jacinto-Castanon de Nolasco v. U.S. Immigration & Customs Enf't, 319 F. Supp. 3d 491 (D.D.C. 2018); Mejia v. U.S. Immigration & Customs Enf't, No. 18-2096, ECF No. 3 (D.D.C. Sept. 6, 2018).

For the foregoing reasons, it is hereby

ORDERED that defendants and their officers, agents, servants, employees, attorneys, and all those who are in active concert or participation with them, are temporarily prohibited from removing from the United States plaintiff, Mr. A., until further order of this Court; it is

FURTHER ORDERED that plaintiff's emergency motion [Dkt. No. 4] for a temporary restraining order – which the Court will treat as a motion for a preliminary injunction – is HELD IN ABEYANCE pending further order of the Court; and it is

FURTHER ORDERED that the parties shall meet and confer regarding a briefing schedule with respect to plaintiff's motion and proposed hearing dates.  Within five days of the end of the government shutdown, the parties shall submit a joint report proposing a briefing schedule and hearing dates.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  January 3, 2019