**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Mr. A., an individual, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil No.: 19-0015(PLF) |
| | § | |
| U.S. IMMIGRATION AND CUSTOMS | § | |
| ENFORCEMENT, ET AL., | § | |
| | § | |
| Defendants. | § | |

**NOTICE OF ENTRY OF APPEARANCE**

The Clerk of Court will please enter John C. Truong, Assistant United States Attorney, as

counsel of record for all federal defendants in the above-captioned matter.


By:      _____//s_____
JOHN C. TRUONG
D.C. BAR #465901
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2524
Fax: (202) 252-2599
E-mail: John.Truong@usdoj.gov
Counsel for Federal Defendants