# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MR. A., an individual,<br>WEBB COUNTY DETENTION CENTER<br>9998 S. Highway 83<br>Laredo, TX 78041<br><br>    Plaintiff,<br><br>vs.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br>500 12th Street SW<br>Washington, DC 20536;<br><br>RONALD D. VITIELLO, in his official capacity, Acting Director and Deputy Director, U.S. Immigration and Customs Enforcement,<br>500 12th Street SW<br>Washington, DC 20536;<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br>245 Murray Lane SW<br>Washington, DC 20528;<br><br>KIRSTJEN NIELSEN, in her official capacity, Secretary, U.S. Department of Homeland Security,<br>25 Murray Lane SW<br>Washington, DC 20528;<br><br>MATTHEW WHITAKER, in his official capacity, Acting Attorney General of the United States, U.S. Department of Justice,<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530,<br><br>    Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 1:19-cv-00015-PLF |

NOTICE OF APPEARANCE AND CERTIFICATION IN SUPPORT OF INDIGENT REPRESENTATION
OF PLAINTIFF                                         PAGE 1

## NOTICE OF APPEARANCE AND CERTIFICATION OF LUIS CAMPOS IN SUPPORT OF INDIGENT REPRESENTATION OF PLAINTIFF

Pursuant to D.D.C. Local Civil Rule 83.2(g), I, Luis Campos, hereby request entry of appearance on behalf of Plaintiff in the above-captioned case. Further, in accordance with D.D.C. Local Civil Rule 83.2(g), I, Luis Campos, hereby certify that:

1. I am providing representation without compensation for the Plaintiff named above, who is indigent within the meaning of Local Rule 83.2(g).

2. I am personally familiar with the Local Rules of this Court generally and as they pertain to this proceeding.

3. My name, office address, and telephone number are as follows:

   Luis Campos
   Haynes and Boone, LLP
   2323 Victory Avenue, Suite 700
   Dallas, Texas 75219
   Tel: (214) 651-5062

4. I have been admitted to the following courts and bars:

   State Bar of Texas (May 5, 1995) (No. 00792394)

5. I am currently in good standing with all states, courts, and bars in which I am admitted, and I have never been subject to disciplinary complaint or sanction by any court or other disciplinary authority.

6. I do not have an office located within the District of Columbia, I am not a member of the District of Columbia Bar, and I do not have an application for membership pending with the District of Columbia Bar.

I declare and certify under penalty of perjury that the foregoing is true and correct. Executed this 7th day of January, 2019.

Dated this 7th day of January, 2019.              Respectfully submitted,

/s/ Luis Campos

Luis Campos
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: (214) 651-5062
Facsimile: (214) 200-0789
Email: luis.campos@haynesboone.com