## EXHIBIT B
*SEALED*

**(attached)**

In the City of ▮▮▮▮▮▮▮, at fourteen hours of February fifteenth, two thousand nineteen. Before me, **SILVIA IVETTE JUAREZ BARRIOS**, Notary Public, of Mejicanos, ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ appears, housewife, with her address at ▮▮▮▮▮▮▮, who I do not know, but who I identify through her Unique Identification Document (*Documento Unico de Identidad*) Number: ▮▮▮▮▮▮▮. **AND SHE REPRESENTS UNDER OATH TO ME: I)** That at the end of the month of November, two thousand eighteen, she went to the District Attorney's Office (*Oficina Fiscal*) of the municipality of Mejicanos, located in Urbanización Dolores, number three hundred twenty-c, fifth street west, of the municipality of Mejicanos, department of ▮▮▮▮▮▮▮, to request information on the actual status of a criminal report filed by her son ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮, of legal age, for the felonies of Extortion and Aggravated Threats, filed in November, two thousand eighteen, being serviced at the lobby of such District Attorney's Office, where they provided reference number Ref. ▮▮▮▮▮▮▮, under which the criminal report filed is processed, and they also stated to her that the assigned prosecutor was Nelson Castro of the Blue Collar Crime Unit (*Unidad de Delitos contra el Patrimonio*). She then held a meeting with the prosecutor assigned to the case on that same date, where he inquired as to the failure by the reporting party to continue with the process, and she answered that her son had left the country and she was asked if she was willing to continue with the process, even giving statements on the case, and she answered that she could do so. Additionally, she states that the aforementioned prosecutor proposed to her that investigators that have been investigating the case could go to her house, to which she answered no, since the place was dangerous, and her family and she were being watched by members of gangs that are active in the area. Thus, she proposed to give her statement in the Police Precinct (*Sub Delegación Policial*) of ▮▮▮▮▮▮▮, Department of ▮▮▮▮▮▮▮. She was also recommended to seek help in the Human Rights Defense Office (*Procuraduría para la Defensa de los Derechos Humanos*). **II)** That on December fourth, two thousand eighteen, the investigator of the Police Precinct of the municipality of ▮▮▮▮▮▮▮, whose name was "Consuelo" called her on the telephone, and summoned her to come on December fifth, two thousand eighteen, to give a statement on the criminal report process that her son ▮▮▮▮▮▮▮ had filed. **III)** That on December fifth, two thousand eighteen, she went to the Police Precinct of the municipality of ▮▮▮▮▮▮▮, Department of ▮▮▮▮▮▮▮. There, she had a meeting with an investigator of the National Civil Police (*Policía Nacional Civil*), whose name was "Consuelo", where she was requested to ratify the statements of her son in the criminal report filed, regarding death threats received by the MS 13 gang, and that they were also going to kill all members of her family, to which she stated that all of what her son had stated was true, given that she had seen the threat messages against him. **IV)** That on December sixth, two thousand eighteen, she went to the Human Rights Defense Office, located at: *quinta avenida norte* and *diecinueve called poniente,* number twelve, Government Center (*Centro de Gobierno*), municipality of ▮▮▮▮▮▮▮, department of ▮▮▮▮▮▮▮. And she asked at the lobby if they had knowledge of a criminal report filed against her son ▮▮▮▮▮▮▮ in two thousand five, since he had been detained and processed in the United States, and they suggested that she go to the Ministry of Foreign Affairs (*Ministerio de Relaciones Exteriores*), so that they contact Immigration Services (*Migración*), to know what he is being accused of in the United States, since, according to her, they told her that there was no criminal record for her son. Even though they told her that they had in their records a profile similar to that of her son, since there was data in their records with respect to the name, age and family status, with the difference that the names of the parents of such person were different from those of her son. **V)** That on December sixth, two thousand eighteen, she went to the Ministry of Foreign Affairs, located at: Calle El Pedregal, Boulevard Cancillería, Ciudad Merliot, municipality of Antiguo Cuscatlán, department of la Lbiertad, she met with Jacqueline Escobar, employee of the Ministry, to which she recounted the situation of the detention of her son in the United States, and she told her to contact immigration personnel, asking her the color of the uniform that her son used now that he was detained in the United States, and she responded that it was red, telling her that such color meant he was highly dangerous. **VI)** In February, two thousand nineteen, she went to the District Attorney's Office of the municipality of Mejicanos, to request the certification of the file of the case of her son that such institution was investigating, and they answered that her son ▮▮▮▮▮▮▮ should send a written authorization, and that they could not

provide such documentation to her, since she had to establish in the request whether such information was being required by the government of the United States, or if she was personally requesting it. I explained to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ her liability for the crime of Negligent Falsehood (*Falsedad Ideológica*), as regulated by article two hundred eighty-four, subsection one of the Criminal Code, and she told me that the statements made before were true. This was what the person that came before me stated, to whom I explained the legal effects of this notarial instrument; which contains one useful page, which I read, in full, in a single uninterrupted act, and she stated that it was drafted in accordance with the truth. She ratifies its content and we sign it for certification purposes. I ATTEST.

[*illegible signatures*]
[Seal of Silvia Ivette Juarez Barrios
Notary Public
Republic of "El Salvador"]

Teodoro J. Harrsch Amerena
Perito Traductor
Español / Inglés   CJDF

[FGR] 

OFFICE OF THE ATTORNEY GENERAL
DISTRICT ATTORNEY'S OFFICE OF MEJICANOS
UDPP   UDV   UST   UMM   DPJ
TELEPHONES: 2593-6424, 2593-6410, 2593-6413, 2593-6420, 2593-6428

REFERENCE:
PROSECUTOR: Nelson Castro
ACCUSED:
CRIMINAL REPORT DATE:

Teodoro J.
Harrsch Amerena
Perito Traductor
Español / Inglés   CJDF

[*illegible*]
MINISTRY OF FOREIGN AFFAIRS TELEPHONE 22375610
DATE: DEC 6, 2018
REQUEST #: ▮▮▮▮
DOCUMENT QUANTITY: 1
MAN            FEMALE  X


[*seal of delivered*]

Teodoro J.
Harrsch Amerena
Perito Traductor
Español / Inglés   CJDF

Jacqueline Escobar



Ministry of Foreign Affairs

Teodoro J. Harrsch Amerena
Perito Traductor
Español / Inglés   CJDF

THE REPUBLIC OF EL SALVADOR
UNIQUE IDENTIFICATION DOCUMENT

[*coat of arms of El Salvador*]                                                [*flag of El Salvador*]
[*Unique Identification Document in English and Spanish*]
　　　　[*illegible signature*]
　　　　　　National Registrar of Individuals          [*illegible signature*]


Married
[…]

Housewife

Teodoro J.
Harrsch Amerena
Perito Traductor
Español / Inglés   CJDF

REPUBLIC OF EL SALVADOR

*[Passport in English and Spanish]*

*[photo]*
*[illegible signature]*

*[…]*

Central Office

The undersigned **TEODORO J. HARRSCH AMERENA**, acting as expert translator duly appointed by the Superior Court of Justice of the Federal District in Mexico by means of Order number 29-01/2018, as listed in the judiciary gazette of March 23rd, 2018; with address in Montes Auvernia 730 #10; C.P. 11000 in Mexico City, Mexico; phone number +52 1 (55) 9197-0015 and e-mail traductor@mail.com ------------------------------------------------------------------------------------------------
------------------------------------------------DO  HEREBY  CERTIFY------------------------------------------------
That to the best of my knowledge and belief the present document consisting of __7__ pages is an accurate, correct and complete translation into English of the document which was brought before me, without judging its authenticity, validity or legality.---------------------------------------

Harrsch Amerena
Perito Traductor
Español / Inglés   CJDF

Mexico City, Mexico the __17__ day of __February__ 2019.