**EXHIBIT C**
*SEALED*

**(attached)**

Case 1:19-cv-00015-PLF   Document 30-3   Filed 02/18/19   Page 1 of 8



# TEXAS CIVIL RIGHTS PROJECT

January 7, 2019

U.S. Immigration and Customs Enforcement
Enforcement and Removal Operations
San Antonio Field Office
1777 NE Loop 410 Floor 15
San Antonio, TX, 78217
Phone: (210) 283-4750
SanAntonio.Outreach@ice.dhs.gov
*Delivered via ~~Fed-Ex~~ USPS and Email*

Webb County Detention Center
9998 U.S. Highway 83
Laredo, Texas 787046
Fax: (956) 723-4602
*Delivered via Facsimile*

Dear Field Office Chief and Warden:

Our organization represents the interest of ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ a father who has been unlawfully separated by U.S. Customs and Border Protection from his children. He is currently detained at Webb County Detention Center. Our organization, along with attorneys at the law firm Haynes and Boone, have filed a request for a Temporary Restraining Order in the U.S. District Court of the District of Colombia in this matter. On January 3, U.S. District Judge Paul L. Friedman issued an order prohibiting DHS from removing Mr. ▇▇▇▇ from the United States. Please see enclosed Memorandum Opinion and Order.

It has come to my attention that an ICE deportation officer by the name of Brito has been asking Mr. ▇▇▇ to sign a designation letter to determine whether he wants to be deported with or without his children. Please note that in addition to the temporary stay of removal issued by Judge Friedman, the basis of this case is unlawful family separation and unconstitutional credible fear process. As relief, we are seeking immediate family reunification as well as a second credible fear interview. Thus, it would be imprudent for Mr. ▇▇▇ to sign a designation letter until the litigation has been resolved.

Should you have any questions, please contact me at laura@texascivilrightsproject.org or 202-297-7807. Enclosed please find a signed G-28.

Thank you for your immediate attention to this matter.

*[signature]*

Laura Peña
Senior Attorney
Texas Civil Rights Project

Case 1:19-cv-00015-PLF Document 9 Filed 01/03/19 Page 1 of 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| MR. A., ) |   |
| ) |   |
| Plaintiff, ) |   |
| ) |   |
| v. ) | Civil Action No. 19-0015 (PLF) |
| ) |   |
| U.S. IMMIGRATION AND CUSTOMS ) |   |
| ENFORCEMENT, et al., ) |   |
| ) |   |
| Defendants. ) |   |
| ) |   |

## MEMORANDUM OPINION AND ORDER

The matter is before the Court on plaintiff's emergency motion [Dkt. No. 4] for a temporary restraining order filed earlier today. Plaintiff, Mr. A., was forcibly separated from his children after he and his children crossed the border together in November 2018 to pursue asylum in the United States. Plaintiff brings this action to end his separation from his children and to seek an opportunity to participate meaningfully in the asylum process. The Court has been advised that plaintiff received a final order of removal, although no removal date has been set at this time. Pursuant to Local Civil Rule 65.1(a), counsel for plaintiff advises that he served the government with copies of the complaint, the motion, and all other papers filed with the Court today, January 3, 2019. Counsel for plaintiff further represents that he was able to communicate with the Chief of the Civil Division of the United States Attorney's Office earlier today despite the government shutdown.

Upon careful consideration of plaintiff's emergency motion, and in view of the imminent harm likely to befall plaintiff if he is removed from the country before full briefing,

argument, and decision on his motion for a temporary restraining order, as well as the factors set forth in Winter v. NRDC, 555 U.S. 7, 24 (2008), the Court will hold plaintiff's motion in abeyance in order to preserve the status quo pending the government shutdown and further review of the merits of this case. See Jacinto-Castanon de Nolasco v. U.S. Immigration & Customs Enf't, 319 F. Supp. 3d 491 (D.D.C. 2018); Mejia v. U.S. Immigration & Customs Enf't, No. 18-2096, ECF No. 3 (D.D.C. Sept. 6, 2018).

For the foregoing reasons, it is hereby

ORDERED that defendants and their officers, agents, servants, employees, attorneys, and all those who are in active concert or participation with them, are temporarily prohibited from removing from the United States plaintiff, Mr. A., until further order of this Court; it is

FURTHER ORDERED that plaintiff's emergency motion [Dkt. No. 4] for a temporary restraining order – which the Court will treat as a motion for a preliminary injunction – is HELD IN ABEYANCE pending further order of the Court; and it is

FURTHER ORDERED that the parties shall meet and confer regarding a briefing schedule with respect to plaintiff's motion and proposed hearing dates. Within five days of the end of the government shutdown, the parties shall submit a joint report proposing a briefing schedule and hearing dates.

SO ORDERED.

/s/
PAUL L. FRIEDMAN
United States District Judge

DATE: January 3, 2019

2



# Notice of Entry of Appearance as Attorney or Accredited Representative
### Department of Homeland Security

DHS Form G-28
OMB No. 1615-0105
Expires 05/31/2021

### Part 1. Information About Attorney or Accredited Representative

1. USCIS Online Account Number (if any) ▶ [          ]

**Name of Attorney or Accredited Representative**

2.a. Family Name (Last Name): Peña
2.b. Given Name (First Name): Laura
2.c. Middle Name:

**Address of Attorney or Accredited Representative**

3.a. Street Number and Name: 1017 W. Hackberry Ave.
3.b. ☐ Apt.  ☐ Ste.  ☐ Flr.
3.c. City or Town: Alamo
3.d. State: TX   3.e. ZIP Code: 78516
3.f. Province:
3.g. Postal Code:
3.h. Country: USA

**Contact Information of Attorney or Accredited Representative**

4. Daytime Telephone Number:
5. Mobile Telephone Number (if any): 202-297-7807
6. Email Address (if any): laura@texascivilrightsproject.org
7. Fax Number (if any):

### Part 2. Eligibility Information for Attorney or Accredited Representative

Select all applicable items.

1.a. ☒ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest courts of the following states, possessions, territories, commonwealths, or the District of Columbia. If you need extra space to complete this section, use the space provided in Part 6. Additional Information.

Licensing Authority: TX

1.b. Bar Number (if applicable): 24085758

1.c. I (select only one box) ☒ am not  ☐ am subject to any order suspending, enjoining, restraining, disbarring, or otherwise restricting me in the practice of law. If you are subject to any orders, use the space provided in Part 6. Additional Information to provide an explanation.

1.d. Name of Law Firm or Organization (if applicable): TX Civil Rights Project

2.a. ☐ I am an accredited representative of the following qualified nonprofit religious, charitable, social service, or similar organization established in the United States and recognized by the Department of Justice in accordance with 8 CFR part 1292.

2.b. Name of Recognized Organization:

2.c. Date of Accreditation (mm/dd/yyyy):

3. ☐ I am associated with _____, the attorney or accredited representative of record who previously filed Form G-28 in this case, and my appearance as an attorney or accredited representative for a limited purpose is at his or her request.

4.a. ☐ I am a law student or law graduate working under the direct supervision of the attorney or accredited representative of record on this form in accordance with the requirements in 8 CFR 292.1(a)(2).

4.b. Name of Law Student or Law Graduate:

### Part 3. Notice of Appearance as Attorney or Accredited Representative

If you need extra space to complete this section, use the space provided in Part 6. Additional Information.

This appearance relates to immigration matters before (select only one box):

1.a. ☐ U.S. Citizenship and Immigration Services (USCIS)

1.b. List the form numbers or specific matter in which appearance is entered.

2.a. ☐ U.S. Immigration and Customs Enforcement (ICE)

2.b. List the specific matter in which appearance is entered.

3.a. ☐ U.S. Customs and Border Protection (CBP)

3.b. List the specific matter in which appearance is entered.

4. Receipt Number (if any)

5. I enter my appearance as an attorney or accredited representative at the request of the (select only one box):
   ☐ Applicant   ☐ Petitioner   ☐ Requestor
   ☐ Beneficiary/Derivative   ☒ Respondent (ICE, CBP)

### Information About Client (Applicant, Petitioner, Requestor, Beneficiary or Derivative, Respondent, or Authorized Signatory for an Entity)

6.a. Family Name (Last Name) [REDACTED]

6.b. Given Name (First Name) [REDACTED]

6.c. Middle Name [REDACTED]

7.a. Name of Entity (if applicable)

7.b. Title of Authorized Signatory for Entity (if applicable)

8. Client's USCIS Online Account Number (if any)

9. Client's Alien Registration Number (A-Number) (if any) [REDACTED]

### Client's Contact Information

10. Daytime Telephone Number

11. Mobile Telephone Number (if any)

12. Email Address (if any)

### Mailing Address of Client

NOTE: Provide the client's mailing address. Do not provide the business mailing address of the attorney or accredited representative unless it serves as the safe mailing address on the application or petition being filed with this Form G-28.

13.a. Street Number and Name: Webb Co. Detention Ctr. 9998 US 83

13.b. ☐ Apt.  ☐ Ste.  ☐ Flr.

13.c. City or Town: Laredo

13.d. State: TX   13.e. ZIP Code: 78046

13.f. Province

13.g. Postal Code

13.h. Country: USA

### Part 4. Client's Consent to Representation and Signature

*Consent to Representation and Release of Information*

I have requested the representation of and consented to being represented by the attorney or accredited representative named in Part 1. of this form. According to the Privacy Act of 1974 and U.S. Department of Homeland Security (DHS) policy, I also consent to the disclosure to the named attorney or accredited representative of any records pertaining to me that appear in any system of records of USCIS, ICE, or CBP.

| Part 4. Client's Consent to Representation and Signature (continued) | Part 5. Signature of Attorney or Accredited Representative |
|---|---|

*Options Regarding Receipt of USCIS Notices and Documents*

USCIS will send notices to both a represented party (the client) and his, her, or its attorney or accredited representative either through mail or electronic delivery. USCIS will send all secure identity documents and Travel Documents to the client's U.S. mailing address.

If you want to have notices and/or secure identity documents sent to your attorney or accredited representative of record rather than to you, please select all applicable items below. You may change these elections through written notice to USCIS.

1.a. ☐ I request that USCIS send original notices on an application or petition to the business address of my attorney or accredited representative as listed in this form.

1.b. ☐ I request that USCIS send any secure identity document (Permanent Resident Card, Employment Authorization Document, or Travel Document) that I receive to the U.S. business address of my attorney or accredited representative (or to a designated military or diplomatic address in a foreign country (if permitted)).

NOTE: If your notice contains Form I-94, Arrival-Departure Record, USCIS will send the notice to the U.S. business address of your attorney or accredited representative. If you would rather have your Form I-94 sent directly to you, select **Item Number 1.c.**

1.c. ☐ I request that USCIS send my notice containing Form I-94 to me at my U.S. mailing address.

*Signature of Client or Authorized Signatory for an Entity*


▢ ...orized Signatory for an Entity

2.b. Date of Signature (mm/dd/yyyy) 12/15/2018

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before DHS. I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

1.a. Signature of Attorney or Accredited Representative


1.b. Date of Signature (mm/dd/yyyy) 12/01/2018

2.a. Signature of Law Student or Law Graduate

2.b. Date of Signature (mm/dd/yyyy)

| Part 6. Additional Information |
|---|

If you need extra space to provide any additional information within this form, use the space below. If you need more space than what is provided, you may make copies of this page to complete and file with this form or attach a separate sheet of paper. Type or print your name at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

**1.a** Family Name (Last Name) _____

**1.b** Given Name (First Name) _____

**1.c** Middle Name _____

**2.a.** Page Number _____ **2.b.** Part Number _____ **2.c.** Item Number _____

**2.d.** _____

**3.a.** Page Number _____ **3.b.** Part Number _____ **3.c.** Item Number _____

**3.d.** _____

**4.a.** Page Number _____ **4.b.** Part Number _____ **4.c.** Item Number _____

**4.d.** _____

**5.a.** Page Number _____ **5.b.** Part Number _____ **5.c.** Item Number _____

**5.d.** _____

**6.a.** Page Number _____ **6.b.** Part Number _____ **6.c.** Item Number _____

**6.d.** _____