**<u>EXHIBIT D</u>**

**(attached)**



# Letter of Designation
## for Care of a Minor
### Office of Refugee Resettlement

Your child has been designated as an Unaccompanied Alien Child ("UAC") and placed into the care and custody of the Office of Refugee Resettlement (ORR), pursuant to 6 U.S.C. § 279 and 8 U.S.C. §1232. ORR has authority under the law to release your child to a sponsor, typically an adult relative. ORR prefers sponsors to be parents or legal guardians. In the event that you are unavailable to sponsor your child, ORR asks that you designate a sponsor to care for your minor child (subject to ORR's approval).

**I/We are the parent(s) or legal guardian(s) of, _____ born on**
_____.                                            [your child's full name]
[your child's date of birth]

**I/We designate _____ to sponsor my/our child.**
                                    [proposed sponsor's name]

**I/We consent that the above named sponsor may:**

- Have temporary care-giving authority for my child, until such time as my child is returned to my custody; or his/her custody status is altered by a Federal, State, or local agency; or changed by a court of law.
- Provide for medical, dental, and mental health care for my child.
- Provide for my child's physical and mental well-being, including but not limited to providing, food, shelter, and clothing.
- Enroll my child in school.
- Temporarily transfer physical custody of my child in the event of an emergency (serious illness, destruction of home, etc.) to another person who will comply with the *Sponsor Care Agreement.*

**I/We understand that this designation does NOT:**

- Terminate my parental rights.[1]
- Confer upon the sponsor any rights or benefits.
- Allow my child permission to work in the United States without proper authorization.

---

[1] **Please note that by signing this form you are NOT terminating your parental or guardianship rights to your child. You maintain legal custody over your child pursuant to relevant Federal and State law. ORR encourages you to stay in close contact with your child and the child's sponsor in order to help make decisions for the child's care and for medical, educational, and other service. Please also note that if you do not designate a sponsor, ORR may transfer custody of your child to a sponsor identified by ORR.**

**ORR UAC/FRP-9 [Rev. 05/14/2018]**
**OMB 0970-0278 [valid through 10/31/2018]**
THE PAPERWORK REDUCTION ACT OF 1995 (Pub. L. 104-13) Public reporting burden for this collection of information is estimated to average 0.25 hour per response, including the time for reviewing instructions, gathering and maintaining the data needed, and reviewing the collection of information. An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number. Please see the accompanying privacy notice / Privacy Act statement for a discussion of (1) the authority for solicitation of information, and whether disclosure is mandatory or voluntary, (2) the principal purposes for which the information is intended to be used, (3) other routine uses which may be made of the information, and (4) the effects, if any, of not providing all or any part of the requested information.

**Name of parent(s) or legal guardian(s) designating care:**

(1) _____

               *Printed Name*

(2) _____

               *Printed Name*

**If one of the child's biological parents or other legal guardian is unable to consent please check why**

☐ Deceased                         ☐ Mental or physically unable to provide consent

☐ Abandoned child               ☐ No longer has legal custody of the child

☐ Other parent/legal guardian resides in another   ☐ Other (Explain briefly):
location (*ORR may contact them separately*)

**Parent(s) or legal guardian(s) contact information**

Address

Phone

**Parent(s) or legal guardian(s) signature consenting to the designation of care for their child:**

(1) _____    _____

              *Signature*                    *Date*

(2) _____    _____

              *Signature*                    *Date*

*NOTARY SEAL*

**ORR UAC/FRP-9 [Rev. 05/14/2018]**
**OMB 0970-0278 [valid through 10/31/2018]**
THE PAPERWORK REDUCTION ACT OF 1995 (Pub. L. 104-13) Public reporting burden for this collection of information is estimated to average 0.25 hour per response, including the time for reviewing instructions, gathering and maintaining the data needed, and reviewing the collection of information. An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number. Please see the accompanying privacy notice / Privacy Act statement for a discussion of (1) the authority for solicitation of information, and whether disclosure is mandatory or voluntary, (2) the principal purposes for which the information is intended to be used, (3) other routine uses which may be made of the information, and (4) the effects, if any, of not providing all or any part of the requested information.



# Carta de designación
# para el cuidado de un menor
## Oficina de Reubicación de Refugiados

Su hijo ha sido designado como un Menor extranjero no acompañado (Unaccompanied Alien Child, "UAC") y se ha dejado bajo el cuidado y la custodia de la Oficina de Reubicación de Refugiados (Office of Refugee Resettlement, ORR), conforme al título 6, art. 279 y al título 8, art. 1232 del U.S.C. (Código de los Estados Unidos). La ORR tiene autoridad según la ley para entregar a su hijo a un patrocinador, que generalmente es un pariente adulto. La ORR prefiere que los patrocinadores sean los padres o tutores legales. En caso de que usted no esté disponible para patrocinar a su hijo, la ORR le pide que designe a un patrocinador que cuide a su hijo (sujeto a la aprobación de la ORR).

**Soy/somos el padre/la madre o el/los tutor(es) legal(es) de** _____ ,
[nombre completo de su hijo]

**nacido el** _____.
[fecha de nacimiento de su hijo]

**Yo designo/nosotros designamos a** _____ **como**
**patrocinador de mi/nuestro hijo.**                                [nombre del patrocinador propuesto]

**Autorizo/autorizamos que el patrocinador mencionado anteriormente:**

- Tenga autoridad de cuidado temporal de mi hijo, en tanto y en cuanto mi hijo vuelva a mi custodia física; o una agencia local, estatal o federal modifique su estado de custodia o un tribunal de justicia lo cambie.
- Proporcione atención de salud mental, odontológica y médica a mi hijo.
- Proporcione bienestar mental y físico a mi hijo, que incluye, entre otros, suministro de alimentos, refugio y vestimenta.
- Inscriba a mi hijo en la escuela.
- En el caso de una emergencia (enfermedad grave, destrucción de hogar, etc.), puede transferir temporalmente la custodia física de mi hijo a otra persona que cumpla con los términos de este *Acuerdo de cuidado del patrocinador.*

**Entiendo/entendemos que esta designación NO:**

- Termina mi patria potestad.[1]
- Confiere al patrocinador ningún derecho o beneficio.
- Le permite a mi hijo trabajar en los Estados Unidos sin la debida autorización.

---

[1] Tenga en cuenta que, con la firma de este formulario, usted NO revoca su patria potestad o derechos de custodia de su hijo. Mantiene la custodia legal de su hijo conforme a la ley estatal o federal pertinente. ORR le recomienda que permanezca en contacto estrecho con su hijo y el patrocinador de su hijo para ayudar a tomar decisiones sobre el cuidado, los servicios médicos, educativos y de otra índole de su hijo. Tenga en cuenta también que si no designa a un patrocinador, la ORR puede transferir la custodia de su hijo a un patrocinador identificado por la ORR.

**ORR UAC/FRP-9s [Rev. 05/14/2018]**
**OMB 0970-0278 [vigente hasta el 10/31/2018]**
LA LEY DE REDUCCIÓN DE TRÁMITES DE 1995 (Ley Pública [Public Law] 104-13): La carga de divulgación pública para esta recopilación de información se estima en un promedio de 0.25 horas por respuesta, incluido el tiempo para revisar las instrucciones, recopilar y mantener los datos necesarios y revisar la recopilación de información. A menos que se muestre un número de control OMB válido y vigente, una agencia no puede conducir ni patrocinar una recopilación de información y una persona no está obligada a responder a esta. Consulte el aviso de privacidad/la declaración de la Ley de Privacidad adjuntos para conocer un análisis de (1) la autoridad para la solicitud de información, y si la divulgación es obligatoria o voluntaria; (2) los propósitos principales para los que la información se pretende utilizar; (3) otros usos rutinarios que pueden hacerse de la información; y (4) las consecuencias, si las hay, de no proporcionar toda o parte de la información solicitada.

**Nombre(s) del(de los) padre(s) o tutor(es) legal(es) que designa(n) la custodia:**

(1) _____

    *Nombre en letra de imprenta*

(2) _____

    *Nombre en letra de imprenta*

**Si uno de los padres biológicos del niño u otro tutor legal no puede consentir, marque el motivo.**

☐ Difunto

☐ Mental o físicamente incapaz de dar su consentimiento

☐ Abandono infantil

☐ Ya no tiene la custodia legal del menor

☐ El otro padre/tutor legal reside en otro lugar (*ORR puede contactarlo(a) por separado*)

☐ Otro (explique brevemente):

**Información de contacto del(de los) padre(s) o tutor(es) legal(es)**

Domicilio

Teléfono

**Firma del(de los) padre(s) o tutor(es) legal(es) que da(n) su consentimiento para la designación de la custodia para su hijo:**

(1) _____  _____

    *Firma*                              *Fecha*

(2) _____  _____

    *Firma*                              *Fecha*

| *SELLO DEL NOTARIO* |
| --- |

**ORR UAC/FRP-9s [Rev. 05/14/2018]**
**OMB 0970-0278 [vigente hasta el 10/31/2018]**
LA LEY DE REDUCCIÓN DE TRÁMITES DE 1995 (Ley Pública [Public Law] 104-13): La carga de divulgación pública para esta recopilación de información se estima en un promedio de 0.25 horas por respuesta, incluido el tiempo para revisar las instrucciones, recopilar y mantener los datos necesarios y revisar la recopilación de información. A menos que se muestre un número de control OMB válido y vigente, una agencia no puede conducir ni patrocinar una recopilación de información y una persona no está obligada a responder a esta. Consulte el aviso de privacidad/la declaración de la Ley de Privacidad adjuntos para conocer un análisis de (1) la autoridad para la solicitud de información, y si la divulgación es obligatoria o voluntaria; (2) los propósitos principales para los que la información se pretende utilizar; (3) otros usos rutinarios que pueden hacerse de la información; y (4) las consecuencias, si las hay, de no proporcionar toda o parte de la información solicitada.