**EXHIBIT E**

**(attached)**

stigation of, or with the consent or acquiescence of, a government official or other person acting in an official capacity.

ORDER: It is hereby ordered that the decision of the immigration officer is:

[ ] Affirmed, and the case is returned to the DHS for removal of the alien.

[ ] Vacated.

[X] Other _See attached decision_
(Meaning full review is not possible)

This is a final order. There is no appeal available.

and ORDERED this 26th day of June, 2018.

_____
MORRIS I. ONYEWUCHI
Immigration Judge

**EXHIBIT Q**

The Court cannot conduct a meaningful review that comports with Constitutional Due Process to a fair trial. The Respondent is under severe emotional disturbance due to lack of information about the location of her child, who was separated from her. The Respondent cannot provide meaningful testimony under such severe emotional disturbance. Therefore, this case is returned to the Department of Homeland Security to address the reunification concerns implicated in this case.