# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Mr. A, an individual, | § § § § § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. 1:19-CV-00015 |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT *et al*, | § § § § | |
| Defendants. | § | |

## JOINT STATUS REPORT AND REQUEST FOR A STAY

Counsel for the parties conferred on this joint status report and request for a stay. Plaintiff Mr. A. and Defendants hereby notify the Court that Mr. A. has been granted a new credible fear interview ("CFI"). The CFI has been scheduled for Monday, March 11 at 9:00 a.m. Central. At this time, the parties cannot be sure whether the new CFI will resolve all outstanding issues; however, to minimize the burden on the Court and the litigants, the parties have proposed to stay the briefing schedule pending a decision on the new CFI. If the new CFI resolves the dispute, Mr. A. will move to voluntarily dismiss the case; otherwise, the parties will alert the Court and propose a new briefing schedule. Accordingly, the parties respectfully file this joint status report and request for a stay.

DATE:  March 1, 2019                              Respectfully submitted,


                              By:  /s/ Michael J. Scanlon
Michael Scanlon, D.C. Bar No. 1048644
HAYNES AND BOONE, LLP
800 17th Street NW, Suite 500
Washington, D.C.20006
Telephone: (202) 654-4570
Facsimile: (202) 654-4249
michael.scanlon@haynesboone.com

Paloma Ahmadi
HAYNES AND BOONE, LLP
112 E. Pecan Street, Suite 1200
San Antonio, TX 78205
Telephone: (210) 978-7427
Facsimile: (210) 554-0409
paloma.ahmadi@haynesboone.com

Emily Westridge Black
Jennifer Littlefield*
Wesley D. Lewis
HAYNES AND BOONE, LLP
600 Congress Avenue, Suite 1300
Austin, Texas 78701
Telephone: (512) 867-8422
Facsimile: (512) 867-8605
emily.westridgeblack@haynesboone.com
jennifer.littlefield@haynesboone.com
wesley.lewis@haynesboone.com

Luis Campos
John Brent Beckert
Liz Dankers
Joanna Pearce
Nick Nash
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: (214) 651-5062
Facsimile: (214) 200-0789
luis.campos@haynesboone.com
brent.beckert@haynesboone.com
liz.dankers@haynesboone.com
joanna.pearce@haynesboone.com

nick.nash@haynesboone.com

Diana Obradovich*
HAYNES AND BOONE, LLP
600 Anton Boulevard, Suite 700
Costa Mesa, CA 92626
Telephone: (949) 202-3083
Facsimile: (949) 202-3183
diana.obradovich@haynesboone.com

Laura Peña
TEXAS CIVIL RIGHTS PROJECT
1017 W. Hackberry Avenue
Alamo, Texas 78516
Telephone: 956-787-7181

John Amaya
HARRIS, WILTSHIRE & GRANNIS LLP
1919 M Street NW, Eighth Floor
Washington, DC 20036-3537
Telephone: (202) 296-0983
Facsimile: (202) 730-1301
jamaya@hwglaw.com

ATTORNEYS FOR PLAINTIFF MR. A.

*Indigent client certification forthcoming per Local Rule 83.2(g).*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of March 2019, a copy of this Notice to the Court was served via the Court's electronic filing system.

/s/ Michael J. Scanlon
Attorney for Mr. A.