# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Mr. A, §<br>§<br>　　Plaintiff, §<br>§<br>vs. §<br>§<br>U.S. IMMIGRATION AND §<br>CUSTOMS ENFORCEMENT *et al*, §<br>§<br>　　Defendants. | CIVIL ACTION NO. 1:19-CV-00015 |

## ORDER

Before the Court is the parties Joint Status Report and Request for a Stay. Having considered the Request, the record in this case, and good cause existing, it is hereby **ORDERED** that the Request is **GRANTED** and the case is stayed pending resolution of the credible fear interview for Mr. A. that has been scheduled for Monday, March 11 at 9:00 a.m. Central.

**SO ORDERED.**

Dated: March __1__, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge