# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Mr. A, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION NO. 1:19-CV-00015 |
| § | |
| U.S. IMMIGRATION AND § | |
| CUSTOMS ENFORCEMENT *et al*, § | |
| § | |
| Defendants. | |

**NOTICE OF DISMISSAL**

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Mr. A ("Plaintiff") files this Notice of Dismissal and respectfully requests that the above-captioned lawsuit be dismissed without prejudice. Plaintiff filed his Original Complaint on January 3, 2019. Plaintiff was reunited with his children yesterday, May 8, 2019. Defendants have not filed an answer or motion for summary judgment. *See* FED. R. CIV. P. 41(a)(1)(A)(i). Plaintiff files this notice of dismissal with the intention of dismissing the case under Rule 41(a)(1)(A)(i) without prejudice.

Dated: May 9, 2019                    Respectfully submitted,

By:   /s/Michael J. Scanlon
Michael Scanlon, D.C. Bar No. 1048644
HAYNES AND BOONE, LLP
800 17th Street NW, Suite 500
Washington, D.C. 20006
Telephone: (202) 654-4570
Facsimile: (202) 654-4249
michael.scanlon@haynesboone.com

Paloma Ahmadi
HAYNES AND BOONE, LLP
112 E. Pecan Street, Suite 1200
San Antonio, TX 78205
Telephone: (210) 978-7427
Facsimile: (210) 554-0409
paloma.ahmadi@haynesboone.com

Emily Westridge Black
Jennifer Littlefield
Wesley D. Lewis
HAYNES AND BOONE, LLP
600 Congress Avenue, Suite 1300
Austin, Texas 78701
Telephone: (512) 867-8422
Facsimile: (512) 867-8605
emily.westridgeblack@haynesboone.com
jennifer.littlefield@haynesboone.com
wesley.lewis@haynesboone.com

Luis Campos
John Brent Beckert
Liz Dankers
Joanna Pearce
Nick Nash
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: (214) 651-5062
Facsimile: (214) 200-0789
luis.campos@haynesboone.com
brent.beckert@haynesboone.com
liz.dankers@haynesboone.com
joanna.pearce@haynesboone.com
nick.nash@haynesboone.com

Diana Obradovich
HAYNES AND BOONE, LLP
600 Anton Boulevard, Suite 700
Costa Mesa, CA 92626
Telephone: (949) 202-3083
Facsimile: (949) 202-3183
diana.obradovich@haynesboone.com

Laura Peña
Telephone: (202) 297-7807
laura@rubenpenalaw.com

John Amaya
HARRIS, WILTSHIRE & GRANNIS LLP
1919 M Street NW, Eighth Floor
Washington, DC 20036-3537
Telephone: (202) 296-0983
Facsimile: (202) 730-1301
jamaya@hwglaw.com


ATTORNEYS FOR PLAINTIFF MR. A.